**File Hashes for IP Address 76.112.9.228**

**ISP:** Comcast Cable Holdings, LLC
**Physical Location:** Waterford, MI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/11/2015 19:32:55 | 16B716D190DE14ED20A84FF664189C550B50748A | Competition |
| 04/01/2015 10:50:53 | 4CBE8879EDEEC66D681CC570CD3434B1CE7788AA | X-art Unauthorized Pack #89 |
| 02/27/2015 11:29:32 | AC25BCAF1E7FE4D2F84E4FFCB420CA861C36DE9F | Deepest Desires |

**Total Statutory Claims Against Defendant: 129**

EXHIBIT A

NEMI286