# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                      Civil Action No. 2:15-cv-12103-MFL-EAS

JOHN DOE subscriber assigned IP address
76.112.9.228,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP address 76.112.9.228. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: August 12, 2015

                                                               Respectfully submitted,

                                                                By:   /s/ *Paul J. Nicoletti*
                                                                Paul J. Nicoletti
                                                                pauljnicoletti@gmail.com
                                                                NICOLETTI LAW, PLC
                                                                33717 Woodward Avenue, Suite #433
                                                                Birmingham, Michigan 48009
                                                                Phone: (248) 203-7800
                                                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 12, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Paul J. Nicoletti*_____
Paul J. Nicoletti
